# United States Court of Appeals
## For the First Circuit

No. 17-2068

LAURA LEMUS; MANUEL M. LEMUS,

Petitioners,

v.

JEFFERSON B. SESSIONS, III,
ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on August 14, 2018, is amended as follows:

On page 5, line 7, replace "Lemuses" with "Lemuses'".